JUDGE RAKOFF

07 CIV 7464

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHINA NATIONAL CHARTERING CORP.,          :

         Plaintiff,          :     ECF CASE

  - against -          :

ALEXANDRIA NATIONAL IRON & STEEL          :
CO. SAE a/k/a ALEXANDRIA NATIONAL
IRON & STEEL CO.,          :

         Defendant.          :
------------------------------------------------------------X

RECEIVED AUG 23 2007 U.S.D.C. S.D.N.Y. CASHIERS

**DISCLOSURE OF INTERESTED PARTIES**
**PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:     NONE.

Dated: August 23, 2007
      New York, NY

                       The Plaintiff,
                       CHINA NATIONAL CHARTERING CORP.

                       By: /s/ Kevin J. Lennon
                       Kevin J. Lennon (KL 5072)
                       Charles E. Murphy (CM 2125)
                       Lennon, Murphy & Lennon, LLC
                       The GrayBar Building
                       420 Lexington Avenue, Suite 300
                       New York, NY 10170
                       (212) 490-6050 (Phone)
                       (212) 490-6070 (Fax)
                       kjl@lenmur.com
                       cem@lenmur.com