RAMOFF, S,

JUDGE RAKOFF

**07 CIV 7464**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CHINA NATIONAL CHARTERING CORP.,    :

           Plaintiff,    :

    - against -    :

ALEXANDRIA NATIONAL IRON & STEEL    :
CO. SAE a/k/a ALEXANDRIA NATIONAL
IRON & STEEL CO.,    :

           Defendant.    :
----------------------------------------------------------------X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 8/24/07 |

07 CV

ECF CASE

**EX PARTE ORDER
FOR PROCESS
OF MARITIME
ATTACHMENT**

**WHEREAS**, on August 23, 2007 Plaintiff, CHINA NATIONAL CHARTERING

CORP., filed a Verified Complaint herein for damages amounting to **$412,628.15** inclusive of

interest, costs and reasonable attorney's fee, and praying for the issuance of Process of Maritime

Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for

Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

**WHEREAS**, the Process of Maritime Attachment and Garnishment would command that

the United States Marshal or other designated process server attach any and all of the

Defendant's property within the District of this Court; and

**WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting

Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

**NOW**, upon motion of the Plaintiff, it is hereby:

**ORDERED**, that pursuant to Rule B of the Supplemental Rules for Certain Admiralty

and Maritime Claims, the Clerk of Court shall issue Process of Maritime Attachment and

Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading,

effects, debts and monies, electronic funds transfers, freights, sub-freights, charter hire, sub

charter hire or any other funds or property up to the amount of **$412,628.15** belonging to, due or

being transferred to, from or for the benefit of the Defendant, including but not limited to such

property as may be held, received or transferred in Defendant's name(s), or as may be held,

received or transferred for its benefit at, moving through, or within the possession, custody or

control of banking/financial institutions and/or other institutions or such other garnishes to be

named, or later identified, on whom a copy of the Process of Maritime Attachment and

Garnishment may be served; and it is

    **ORDERED** that supplemental process enforcing the Court's Order may be issued by the

Clerk upon application without further Order of the Court; and it is further

    **ORDERED** that following initial service by the U.S. Marshal or other designated process

server upon each garnishee, that supplemental service of the Process of Maritime Attachment and

Garnishment, as well as this Order, may be made by way of facsimile transmission or other

verifiable electronic means, including e-mail, to each garnishee; and it is further

    **ORDERED** that service on any garnishee as described above is deemed to be effective

and continuous service throughout the remainder of the day upon which service is made

commencing from the time of such service, and such service is further deemed to be effective

through the end of the next business day, provided that another service is made the next business

day; and it is further

    **ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee

may consent, in writing, to accept service by any other means; and it is further

Dated: August *23*, 2007                    **SO ORDERED:**

U.S.D.J.