07 CIV 7464

JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHINA NATIONAL CHARTERING CORP.,    :    07 Civ. _____ ( )

             Plaintiff,    :    **ECF CASE**

   - against -    :

ALEXANDRIA NATIONAL IRON & STEEL    :
CO. SAE a/k/a ALEXANDRIA NATIONAL
IRON & STEEL CO.,    :

             Defendant.    :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07
```

**ORDER APPOINTING SPECIAL PROCESS
SERVER PURSUANT TO F.R.C.P. RULE 4(c)**

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on August 23, 2007, and good cause shown having been shown, it is hereby

ORDERED that Kevin J. Lennon, Patrick F. Lennon, Charles E. Murphy, Nancy R. Peterson, or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendant.

Dated: New York, NY
      August 23, 2007

                                          _____
                                          U.S.D.J.